400 A.2d 630

Commonwealth v. Lear, Appellant.

Submitted March 13, 1978. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 630

Commonwealth v. McCleary, Appellant.

Commonwealth v. Richards, Appellant.

David P. Truax, for appellants; Robert S. Bailey, for Commonwealth, appellee.

Judgments of sentence affirmed.

CERCONE and SPAETH, JJ., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.